# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2019

## NO.  03-19-00304-CV

**The State of Texas, Appellant**

**v.**

**City of Double Horn, Texas; Cathy Sereno; R. G. Carver; Bob Link; James E. Millard; Larry Trowbridge; Glenn Leisey; and John Osborne, Appellees**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## BEFORE JUSTICES GOODWN, BAKER, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on April 23, 2019.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion.  Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.